# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| Teddy A Goodman | ) | |
| Darla K Goodman | ) | |
| | ) | Bk. No.: 20-31082 |
| Debtor./Debtors. | ) | |
| | ) | |
| RUSSELL C. SIMON, | ) | |
| CHAPTER 13 TRUSTEE | ) | |
| Objector. | ) | |
| | ) | |
| | ) | |
| US BANK TRUST NA TRUSTEE | ) | |
| CLAIM NO. 8 | ) | |
| Creditor/Respondent. | ) | |

**TRUSTEE'S OBJECTION TO CLAIM NO. 8 FILED BY US BANK TRUST NA TRUSTEE**

COMES NOW, RUSSELL C. SIMON, Chapter 13 Trustee, and objects to the claim of the above named creditor filed in this proceeding. The Trustee <u>OBJECTS</u> for the following reasons:

1. The instant case commenced on November 25, 2020.

2. Creditor has filed a Proof of Claim on January 14, 2021 asserting an arrearage amount of $47,262.88.

3. In support of the claim Creditor attached the Official Form B410 Attachment. Said form completed Part 3 which lists the principal and interest due of $47,262.88.

4. The Official Form B410 Attachment failed to include the part 5 loan payment history to provide a breakdown of the principal and interest due.

5. Based upon the foregoing, the proof of claim must be reduced by the amount of the total prepetition arrearage of $47,262.88.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that the total amount necessary to cure default as of the petition date on Court Claim No. 8 be reduced from $47,262.88 to $0.00, and for all other relief this Court deems just and equitable.

Respectfully Submitted,

/s/ Russell C. Simon
RUSSELL C. SIMON, TRUSTEE

Dated: January 27, 2021

RUSSELL C. SIMON
Chapter 13 Trustee
24 Bronze Pointe
Swansea, Illinois 62226
(618) 277-0086

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was mailed to the following interested parties who have not been electronically notified by first class mail on this 27th day of January 2021:

Teddy A Goodman
Darla K Goodman
3090 Hanover Rd
Waterloo, IL 62298-5347


RONALD A BUCH
5312 W MAIN
BELLEVILLE, IL 62226


US BANK TRUST NA TRUSTEE
C/O BSI FINANCIAL SERVICES
314 FRANKLIN ST
P. O. BOX 517
TITUSVILLE, PA 16354


BSI Financial Services
1425 Greenway Dr
Ste 400
 Irving, TX 75038-2480


BSI FINANCIAL SERVICES
1425 GREENWAY DR
STE 400
IRVING, TX 75038

US BANK NA
ATTN: LORI HARP, VICE PRESIDENT
4801 FREDERICA ST
OWENSBORO, KY 42301
Certified Mail

                                                  /s/Mindy