B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Illinois

In re  Teddy A. Goodman; aka Teddy Allen Goodman  
Darla K. Goodman; aka Darla Kay Goodman,

Case No.  20-31082-lkg

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust | U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:  
c/o SN Servicing Corporation  
323 Fifth Street  
Eureka, CA 95501  

Phone:  800.603.0836  
Last Four Digits of Acct #:  2558

Court Claim # (if known):  8-1  
Amount of Claim:  $199,645.50  
Date Claim Filed:  01/14/2021  

Phone:  800.327.7861  
Last Four Digits of Acct. #:  4453

Name and Address where transferee payments should be sent (if different from above):

Phone:  
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jon J. Lieberman  
     Transferee/Transferee's Agent  

Date: 03/03/2021

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.